1  ALEJANDRO CONTRERAS (CSBN 74278)
   LAW OFFICE OF ALEJANDRO CONTRERAS
2  P.O. BOX 730547
   SAN JOSE, CALIFORNIA 95173
3  TELEPHONE: (408) 254-4537

4  ATTORNEY FOR DEFENDANT ISIDRO FRANCISCO
   MORA-AYALA

FILED

2008 JUL -7 P 2: 43

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 08-70389 PVT |
|---|---|
| V. | SPECIAL APPEARANCE BY COUNSEL |
| Isidro Francisco MORA-Ayala | |
| Defendant. | |

Special Appearance by Counsel on behalf of Defendant, Isidro Francisco MORA-Ayala is hereby entered by Alejandro Contreras, Attorney at Law, California State Bar Number 74278.

Respectfully submitted,

DATED: JULY 7, 2008

LAW OFFICE OF ALEJANDRO CONTRERAS

BY: _____
ALEJANDRO CONTRERAS
ATTORNEY AT LAW, CSBN 74278

-1-
SPECIAL APPEARANCE BY COUNSEL

CASE NO. 08-70389 PVT