JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CHAD M. MANDELL (ILBN 6286783)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5059
   Facsimile:  (408) 535-5066
   Email: chad.mandell@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. 08-70389 PVT |
|---|---|---|
| Plaintiff, | ) | [~~XXXXXXXXX~~] ORDER EXCLUDING TIME FROM JULY 23, 2008 TO SEPTEMBER 9, 2008 FROM THE PRELIMINARY HEARING CLOCK OF FEDERAL RULES OF CRIMINAL PROCEDURE 5.1(c) |
| v. | ) | |
| ISIDRO FRANCISCO MORA AYALA, | ) | |
| Defendant. | ) | |

     The parties appeared on July 23, 2008 for identification of counsel. Assistant Federal Public Defender (AFPD) Nicholas Humy, who appeared as the defendant's lead defense attorney, and Alejandro Contreras, who appeared on the defendant's behalf as cumus counsel, advised the Court that they would require additional time to consider discovery. The parties agreed that the time occasioned by this continuance was necessary for effective defense preparation.

     Based upon the foregoing representations made by the parties, and good cause appearing therefor,

     **IT IS HEREBY ORDERED** that the time between July 7 and July 31, 2008, shall be excluded from the computation of the period within which the preliminary hearing in this matter

1

must commence, for the reasons set forth by the parties in open court.  The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial based upon the grounds set forth above and finds that the time is appropriately excluded pursuant to Crim.R. 5.1(d).

**IT IS SO ORDERED.**

DATED: __August 1, 2008____

F̄ XXXXXXXXXXXXXXXXX  Patricia V. Trumbull
UNITED STATES MAGISTRATE JUDGE

Copies to be distributed to:

Nicholas Humy
Federal Public Defender's Office
160 West Santa Clara Street, Suite 575
San Jose, California 95113

Alejandro Contreras
Law Office of Alejandro Crontreras
P.O. Box 730547
San Jose, CA 95173

Chad Mandell
U.S. Attorney's Office
150 Almaden Blvd. Suite 900
San Jose, CA 59113